FILED

09/24/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0203

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0203

_____

JOEY ZAHARA,

      Plaintiff and Appellant,

   v.                                  O R D E R

ADVANCED NEUROLOGY SPECIALISTS,

      Defendant and Appellee.

_____

The parties jointly move this Court to stay the briefing deadlines in this matter, as they have reached a settlement agreement and need time to effectuate the agreement. Good cause appearing,

IT IS HEREBY ORDERED that motion to stay is GRANTED. The parties have until November 18, 2024, to file either a stipulation for dismissal or a report on the status of the appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 24 2024